**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**OLAJUWON L. HICKS,
ADC #122781**                                                                                                          **PLAINTIFF**

**V.**                               **CASE NO. 4:12CV00052 JMM-BD**

**SHERWOOD POLICE DEPARTMENT, et al.**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this   14   day of   August  , 2012.


_____
UNITED STATES DISTRICT JUDGE